BANNUM, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Dismas Charities, Inc., Defendant–Appellee.

No. 2007–5109.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2008.

Michael A. Gordon, Holmes & Gordon, of Rockville, MD, argued for plaintiff-appellant.

Sameer Yerawadekar, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With him on the brief were Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Tracey L. Printer, Assistant General Counsel, Federal Bureau of Prisons, of Washington, DC.

Alexander D. Tomaszczuk, Pillsbury Winthrop Shaw Pittman LLP, of McLean, VA, argued for defendant-appellee Dismas Charities, Inc. With him on the brief were Daniel S. Herzfeld and Orest J. Jowyk.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36.